HAKOB AYVAZIAN
1010 E MAGNOLIA BLVD
BURBANK, CA 91501
HAKOB74@YMAIL.COM



FILED
2012 FEB 22 PM 3:49
CLERK U.S. DISTRICT OF CALIF.
CENTRAL LOS ANGELES
BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKOB AYVAZIAN, An Individual<br><br>　　　　　　　　PLAINTIFF/PETITIONER,<br>　　v.<br>THE MOORE LAW GROUP, A California Company<br>(See Attached for Additional Defendants) DEFENDANT(S). | CASE NUMBER<br>**CV12-1506**<br><br>REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT |

I, HAKOB AYVAZIAN_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed?  ☐Yes  ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
    
    _____
    
    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?    ☐Yes  ☑No
    b. Rent payments, interest or dividends?               ☐Yes  ☑No
    c. Pensions, annuities or life insurance payments?    ☐Yes  ☑No
    d. Gifts or inheritances?                              ☐Yes  ☑No
    e. Any other income (other than listed above)?         ☐Yes  ☑No
    f. Loans?                                              ☐Yes  ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

    _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes  ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☒No

   If the answer is yes, describe the property and state its approximate value: _____
   _____

5. In what year did you last file an Income Tax return? <u>2006</u>

   Approximately how much income did your last tax return reflect? <u>$40,000</u>

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   _____
   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| <u>California</u> | <u>Los Angeles</u> |
|---|---|
| State | County (or City) |

I, <u>HAKOB AYVAZIAN</u>_____, declare under penalty of perjury that the foregoing is true and correct.

<u>2/17/2012</u>
Date

_____
Plaintiff/Petitioner (Signature)