Harvey M. Moore, Esq., CSB 101128
Terri Lazo, Esq., CSB 228663
The Moore Law Group,
A Professional Corporation
3710 S. Susan Street, Suite 210
PO Box 25145
Santa Ana, CA 92799
(714) 431-2000

Attorneys for Defendant
The Moore Law Group, A.P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKOB AYVAZIAN, an individual<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE MOORE LAW GROUP, A California Company; NELSON & KENNARD, A Professional Company; ENCORE RECEIVABLE MANAGEMENT, INC., A Kansas Corporation; REDLINE RECOVERY SERVICES, LLC, A New York Limited Liability Company; ASSET ACCEPTANCE, LLC, A Delaware Limited Liability Company<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01506- ODW (Ex)<br><br>[PROPOSED] JUDGMENT ON DEFENDANT THE MOORE LAW GROUP, APC'S RENEWED MOTION FOR SUMMARY JUDGMENT<br><br><br><br><br>Hearing Date: July 9, 2012<br>Time: 1:30 p.m.<br>Courtroom: 11 – Spring Street Level<br>Judge: Otis D. Wright, II |

1

The Court having taken under submission Defendant The Moore Law Group, APC's Motion for Summary Judgment in the above captioned matter; and the Court having GRANTED Defendant The Moore Law Group, APC's Motion for Summary Judgment, it is the Judgment of this Court that:

(1) Defendant The Moore Law Group, APC's Motion for Summary Judgment is **GRANTED**.

(2) Plaintiff Hakob Ayvazian shall take nothing from his Complaint against Defendant The Moore Law Group, APC.

(3) The Complaint is dismissed in its entirety as against Defendant The Moore Law Group, APC, with prejudice.

Date: 7-18-12

Hon. Otis D. Wright II
U.S. District Court Judge